UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ADAM TALPEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:22-cv-00156-LEW |
| | ) |
| LOOMIS ARMORED US, LLC, | ) |
| | ) |
| And | ) |
| | ) |
| DEBORAH RACCA, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Adam Talpey and Defendants Loomis Armored US, LLC and Deborah Racca, by their undersigned counsel, hereby stipulate and agree that this action, together with any and all claims asserted in the action, shall be dismissed in its entirety with prejudice and without any assessment by the Court of costs or attorneys' fees and waiving all rights of appeal.

Dated: January 10, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Erik Peters* | */s/ Melinda J. Caterine* |
| Erik Peters | Melinda J. Caterine |
| KELLY, REMMEL & ZIMMERMAN, P.A. | Timothy H. Powell |
| 53 Exchange Street | LITTLER MENDELSON, P.C. |
| Portland, ME 04101 | One Monument Square, Suite 600 |
| (207) 775-1020 | Portland, ME 04101 |
| Epeters@krz.com | Phone: (207) 774-6001 |
| | Mcaterine@littler.com |
| | Tpowell@littler.com |
| Attorney for Plaintiff Adam Talpey | Attorneys for Defendants Loomis Armored U.S., LLC and Deborah Racca |

## CERTIFICATE OF SERVICE

I, Melinda J. Caterine, attorney for Defendants, hereby certify that on this date I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

| | |
|---|---|
| Dated: January 10, 2023 | /s/ *Melinda J. Caterine* |
| | Melinda J. Caterine |
| | LITTLER MENDELSON, P.C. |
| | 1 Monument Square, Suite 600 |
| | Portland, ME  04101 |
| | (207) 774-6001 |
| | mcaterine@littler.com |
| | |
| | Attorney for Defendants |
| | Loomis Armored U.S., LLC and |
| | Deborah Racca |